COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Robinson Helicopter Company, Inc.

Appellate case number:   01-14-00407-CV

Trial court case number: 2013-29873

Trial court:             129th District Court of Harris County

On May 19, 2014, relator, Robinson Helicopter Company, Inc., filed a petition for a writ of mandamus. The Court requests a response to the petition for writ of mandamus from real party in interest, Paula Yeager, Individually, as Heir at Law and as Representative of the Estate of Christopher Yeager, Deceased. The response, if any, is due no later than **Monday, July 14, 2014.**

The trial court's March 24, 2014 order in cause number 2013-29873, requiring relator to "provide documents reflecting its current net worth in response to Plaintiff's Request for Production No. 22" is stayed. *See* TEX. R. APP. P. 52.10. The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

It is so ORDERED.


Judge's signature: /s/ <u>Jim Sharp</u>
                   ☒  Acting individually     ☐  Acting for the Court


Date:  July 3, 2014